UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-371-1-FL

UNITED STATES OF AMERICA

**ORDER**

v.

MAURICE DRUMMOND

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. 6 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the filing at docket entry no. 6 to counsel for all parties.

SO ORDERED.

This the _20th_ day of January, 2016.

LOUISE W. FLANAGAN
United States District Judge