UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-371-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| MAURICE ANTHONY DRUMMOND | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. 40 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for all parties.

SO ORDERED.

This the 26th day of October, 2016.

Honorable Louise W. Flanagan
United States District Judge