```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                      WESTERN DIVISION
                    NO. 5:15-CR-371-FL
```

UNITED STATES OF AMERICA  )
                          )
    v.                    )
                          )
MAURICE ANTHONY DRUMMOND  )

**FINAL ORDER OF FORFEITURE**

WHEREAS, on November 4, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), based upon the defendant pleading guilty to 18 U.S.C. §§ 1028A(a)(1) and 1029(b)(2), and agreeing to the forfeiture of the property listed in the November 4, 2016 Preliminary Order of Forfeiture, to wit:

    Documents/paper/mail taken from Defendant's vehicle and wallet, including wallet

    Dell Latitude 2110 ST# C70VSN1

    MSR905 Card reader/writer, Serial Number 10112072165

    MSR905 Card reader/writer software CD

    Adata 4 GB Thumb Drive

    iPhone6 cell phone IMEI, 354387060543108

    Alcatel One Touch T Mobile cell phone

    Brown Luis Vuitton Computer bag;

1

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between November 26, 2016 and December 25, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject personal property described in this Court's November 4, 2016 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the November 4, 2016 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Treasury is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as

located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __28th__ of day __February__, 2017.

*Louise W. Flanagan*
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE